Khaled Shweiky
2045 Lone Oak Ave.
Napa, CA, 94558
Tel (707) 738-8044
June 16, 2020
United States Bankruptcy Court, Northern District of California
Name of Debtors: Khaled M Shweiky and Joumana M Shweiky
Case Number: 12-13132
Title of Pleading: **Motion to Avoid Judgement Lien**

I, KHALED SHWEIKY, along with my wife and co-debtor, Joumana Shweiky, are the owners of a single family dwelling, our principal residence located at 2045 Lone Oak Avenue, Napa, CA 94558, (APN #: 042-232-036-000).

I filed for Chapter 13 bankruptcy protection on December 12, 2012 and I completed my Chapter 13 Plan and received discharge on February 26, 2018. This case was reopened for the sole purpose of removing two judgment liens that were recorded on my above referenced residence prior to the filing of my bankruptcy.

My attorney filed motions to remove other liens on my property, and I received orders from this court avoiding these liens upon my discharge but unfortunately my attorney did not file motions asking this court remove the two judgement liens in question. One such judgement lien was recorded against my principal residence stated above on or about November 14, 2011 by CAPITAL ONE BANK (USA), N.A, in the amount of $2697.38. This creditor was included in the schedule of creditors in my case.

I am informed and believe that on the day my case was filed, the obligation to Wells Fargo Home Mortgage, had a principal balance of $389,930.82. I also believe that the value of my home, based on comparable sales at that time, was $371,300, as was declared by myself to this Court on December 27, 2012.

There was no equity in my home and as such, this Court granted orders to avoid liens in my case, for example, relating to the claim by the US Small Business Association, order avoiding such lien granted by this Court on January 23, 2013.

I am therefore respectfully asking this court to issue an order avoiding the judgement lien recorded against my property by CAPITAL ONE BANK (USA), N.A. in the amount of $2697.38.

Regards,
Khaled Shweiky

\*\*\*

E Shweiky
2045 Lone Oak Ave
NAPA CA 94558

OAKLAND CA 945
15 JUN 2020 PM 6 L

RECEIVED
JUN 23 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

United States Bankruptcy Court
450 Golden Gate Ave.
Mailbox 36099
San Francisco, CA 94102

94102-341024